# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| HILLABEE CREEK CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:17-cv-01803-SGC |
| VERMEER SOUTHEAST SALES & SERVICE, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On June 1, 2018, the parties filed a joint stipulation in the above-captioned matter, stating the case has been resolved. (Doc. 13). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 4th day of June, 2018.

_Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE